# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HGCI, INC. and HAWTHORNE HYDROPONICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>ADVANCED NUTRIENTS LTD. and ADVANCED NUTRIENTS US LLC,<br><br>Defendant. | Case No. 2:19-CV-00076<br><br>Judge: Sarah D. Morrison<br><br>Magistrate Judge: Elizabeth Preston Deavers |

## JOINT STATUS REPORT

In response to the Court's Notation Order of August 25, 2021, the parties jointly report that they continue to discuss possible settlement of this lawsuit. Their attorneys have had several phone calls and have exchanged several emails from mid-July through August 31, 2021. They discussed a potential settlement most recently on August 31, and are scheduled to further address the open issues. The parties have not yet reached an agreement in principle but continue to work with one another on a potential settlement.

The parties jointly request that the Court maintain the status quo until September 30, 2021, to allow them additional time to pursue settlement. An appropriate order would further extend the deadlines addressed in the Court's Order of June 29, 2021 (ECF 99), as follows:

Deadline for Plaintiffs to file a motion challenging the admissibility of evidence in Defendants' Opposition to Plaintiffs' Motion for Summary Judgment: October 15, 2021.

Deadline for Plaintiffs' Reply Brief in Support of Their Motion for Summary Judgment: Fourteen days after the Court has ruled on Plaintiff's pending Motion for Sanctions and on Plaintiffs' above-referenced motion challenging the admissibility of evidence in Defendants' Opposition to Plaintiffs' Motion for Summary Judgment.

        Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy Stamelman* | */s/ John Gabrielides* |
| KELLER/ANDERLE LLP | Christopher M. Dolan (admitted *pro hac vice*) |
| Jennifer L. Keller (admitted *pro hac vice*) | John Gabrielides (admitted *pro hac vice*) |
| Jeremy Stamelman (admitted *pro hac vice*) | Joshua S. Frick (admitted *pro hac vice*) |
| Jay P. Barron (admitted *pro hac vice*) | BARNES & THORNBURG LLP |
| 18300 Von Karman Avenue, Suite 930 | One North Wacker Drive, Suite 4400 |
| Irvine, California 92612 | Chicago, IL 60606 |
| | |
| SQUIRE PATTON BOGGS (US) LLP | David J. Dirisamer (0092125) |
| Heather L. Stutz (0078111) (Trial Attorney) | BARNES & THORNBURG LLP |
| Erica Van Heyde (100049) | 41 South High Street, Suite 3300 |
| 2000 Huntington Center | Columbus, OH 43215 |
| 41 South High Street | |
| Columbus, Ohio 43215 | *Attorneys for Plaintiffs* |
| | |
| *Attorneys for Defendants* | |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copying of the foregoing was served on all Parties of record on September 1, 2021, via the Court's CM/ECF system.

*/s/ John Gabrielides*
John Gabrielides
