# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HGCI, INC. and HAWTHORNE HYDROPONICS LLC | Case No. 2:19-CV-00076 |
| Plaintiffs, | Judge Morrison |
| v. | Mag. Judge Deavers |
| ADVANCED NUTRIENTS LTD. and ADVANCED NUTRIENTS US, LLC, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned case, by the signatures of their respective counsel shown below, hereby jointly stipulate to the dismissal of this case with prejudice.

**Attorneys for Defendants**

/s/ *Jennifer L. Keller*
Jennifer L. Keller (admitted pro hac vice)
Jeremy Stamelman (admitted pro hac vice)
Jay P. Barron (admitted pro hac vice)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, California 92612

Heather L. Stutz (0078111) (Trial Attorney)
Erica Van Heyde (100049)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

**Attorneys for Plaintiffs**

/s/ *John Gabrielides*
Christopher M. Dolan (admitted *pro hac vice*)
John T. Gabrielides (admitted *pro hac vice*)
Joshua S. Frick (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606

David J. Dirisamer (0092125)
BARNES & THORNBURG LLP
41 South High Street, Ste. 3300
Columbus, OH 43215